IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | No. 1:16-CR-00065-ELR-CMS |
| | : | |
| NATHAN E. HARDWICK, IV | : | |

### ORDER FOR SERVICE OF REPORT AND RECOMMENDATION

Attached is the Report and Recommendation of the United States Magistrate Judge in this action in accordance with 28 U.S.C. § 636(b)(1) and this Court's Criminal Local Rule 12.1(E).

Pursuant to 28 U.S.C. § 636(b)(1), within fourteen (14) days after entry of this order, each party may file written objections, if any, to the Report and Recommendation. Pursuant to Title 18, United States Code, Section 3161(h)(1)(D), the above-referenced fourteen (14) days allowed for objections is **EXCLUDED** from the computation of time under the Speedy Trial Act.

Should objections be filed, they shall specify with particularity the alleged error or errors made (including reference by page number to the transcript if

AO 72A
(Rev.8/82)

applicable) and shall be served upon the opposing party. The party filing objections will be responsible for obtaining and filing the transcript of any evidentiary hearing for review by the District Court. Failure to object in accordance with this rule waives a party's right to review. Fed. R. Crim. P. 59(b)(2); Thomas v. Arn, 474 U.S. 140, 155, 106 S. Ct. 466, 475 (1985) (approving adoption of waiver rules on matters for which magistrate judge had made decision or recommendation).

The Clerk is directed to submit the Report and Recommendation with objections, if any, to the District Court after expiration of the above time period.

**SO ORDERED**, this 12th day of December, 2016.

_____
CATHERINE M. SALINAS
UNITED STATES MAGISTRATE JUDGE