# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| | * | |
| **v.** | * | **1:16-CR-00065-ELR** |
| | * | |
| **NATHAN E. HARDWICK IV and** | * | |
| **ASHA R. MAURYA,** | * | |
| | * | |
| **Defendants.** | * | |
| | * | |

## O R D E R

This matter is before the Court pursuant to the entry of judgment in the criminal case of Defendants Nathan E. Hardwick IV and Asha R. Maurya. Following the sentencing hearings of each defendant, and pursuant to 18 U.S.C. § 3664(d)(5), the amount of restitution owed by the defendants was left open for a maximum of 90 days.

It is hereby ordered that the defendants pay restitution, jointly and severally, in the amount of $40,307,431.00. The defendants must make restitution to the following payees in the amounts listed below. Restitution payments must be made to the Clerk of the U.S. District Court, Northern District of Georgia, 2211 United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303.

| Name of Payee | Restitution Ordered |
|---|---|
| Fidelity National Financial, Inc. | $23,307,431.00 |
| Gerrard Wittstadt | $6,000,000.00 |
| Mark Wittstadt | $6,000,000.00 |
| Arthur Morris | $5,000,000.00 |

It is further ordered that the restitution shall be paid in full immediately. If not paid in full immediately, the defendants shall make restitution payments from any wages he or she may earn in prison in accordance with the Bureau of Prisons Financial Responsibility Program. Any portion of restitution that is not paid in full at the time of the defendants' release from imprisonment shall become a condition of supervised release and be paid at the monthly rate of at least $150, plus 25% of gross income in excess of $2,500 per month.

It is further ordered that the defendants shall notify the United States Attorney for the district within thirty (30) days of any change of mailing or residence address that occurs while any portion of the restitution remains unpaid.

**SO ORDERED**, this ____*9th*____ day of ____*May*_____, 2019.

Eleanor L. Ross
United States District Judge
Northern District of Georgia

2